ORIGINAL

FILED
OCT 27 2006
U.S. COURT OF FEDERAL CLAIMS

# UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AEROPLATE CORP.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, and agency of the UNITED STATES OF AMERICA<br><br>Defendant. | 06-733 C<br>USCFC No.<br><br>DECLARATION OF WILLIAM L. BRUCKNER IN SUPPORT OF PLAINTIFF'S COMPLAINT AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |

I, William Bruckner declare as follows:

I am an attorney licensed to practice before this Court, as well as all of the courts of the State of California. I am a partner at the law firm of Bruckner & Walker, attorneys for Plaintiff, Aeroplate Corp. ("AEROPLATE"). The facts contained in this declaration are within my personal knowledge and if called as a witness I could and would competently testify thereto.

1. A true and correct copy of this law firm's Notice of Bid Protest letter is attached to this Declaration and labeled Attachment I.

Dated: October 24, 2006

Respectfully submitted,

William L. Bruckner
BRUCKNER & WALKER
4550 Kearny Villa Road, Suite 209
San Diego, CA 92123
(858) 565-8300 Telephone
(858) 565-0813 Facsimile
bill@brucknerwalker.com

Attorneys for Plaintiff
Aeroplate Corp.

EXHIBIT I

# BRUCKNER & WALKER

ATTORNEYS

William L. Bruckner, PE, DVBE
Charles F. Walker
Edward W. Freedman

4550 Kearny Villa Road, Suite 209
San Diego, California 92123

Telephone (858) 565-8300
Telefax (858) 565-0813
bill@brucknerwalker.com

October 20, 2006

Department of Justice
Commercial Litigation Branch
Civil Division
Attn: Classification Unit, 8th Floor
1100 L. Street, NW
Washington D.C. 20530

Clerk
United States Court of Federal Claims
717 Madison Place NW
Washington D.C. 20005

Contracting Officer
US Department of Agriculture
Deschutes National Forest
1001 SW Emkay Drive
Bend, Oregon 97702

Randolph Construction Services
P.O. Box 1009
Pasco, Washington 99301

Ochoco National Forest
Central Oregon Acquisition
Management Team (COAMT)
3160 NE 3rd Street
Pineville, Oregon

VIA FACSIMILE AND EXPRESS MAIL

**RE: Notice of Bid Protest**
Solicitation No. AG-04GG-S-06-0021
Lava Lands Visitor Center Remodel & Addition
Newberry National Volcanic Monument
Bend, Oregon

Dear Sir/Ms:

In accordance with Appendix C of the RUSCFC, Aeroplate Corporation. ("AEROPLATE") through its counsel, BRUCKNER & WALKER, hereby gives notice of a post-award bid protest on the referenced Contract.

AEROPLATE's proposal was rejected by letter dated September 19, 2005 and received by AEROPLATE on September 25, 2005. AEROPLATE immediately requested a FAR 15.506 briefing but did not receive the required briefing until October 18, 2006.

AEROPLATE intends on filing a post-award bid protest based upon the rejection of AEROPLATE's bid as not offering the best value. AEROPLATE'S protest is based on the improper evaluation of AEROPLATE's bid.

AEROPLATE anticipates its bid protest will be filed with the USCFC on or about October 25, 2005.

The Contracting Officer responsible for the procurement is Jeanette Young at (541) 416-6500. AEROPLATE will request a temporary restraining order preventing the USDOA from the issuance of a Notice to Proceed with any performance required by the solicitation. AEROPLATE did not file a protest with the GAO. At the present time a protective order is not requested.

Sincerely,

William L. Bruckner
BRUCKNER & WALKER
Attorneys for Aeroplate Corporation

TRANSMISSION VERIFICATION REPORT

TIME : 10/20/2006 14:47
NAME : BRUCKNER WALKER
FAX : 8585650813
TEL :
SER.# : BROA5J201588

| | |
|---|---|
| DATE,TIME | 10/20 14:46 |
| FAX NO./NAME | 12023576401 |
| DURATION | 00:00:34 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# BRUCKNER & WALKER

## ATTORNEYS

William L. Bruckner, PE, DVBE
Charles F. Walker
Edward W. Freedman

4550 Kearny Villa Road, Suite 209
San Diego, California 92123

Telephone (858) 565-8300
Telefax (858) 565-0813
bill@brucknerwalker.com

October 20, 2006

Department of Justice
Commercial Litigation Branch
Civil Division
Attn: Classification Unit, 8th Floor
1100 L. Street, NW
Washington D.C. 20530

Clerk
United States Court of Federal Claims
717 Madison Place NW
Washington D.C. 20005

Contracting Officer
US Department of Agriculture
Deschutes National Forest
1001 SW Emkay Drive
Bend, Oregon 97702

Randolph Construction Services
P.O. Box 1009
Pasco, Washington 99301

Ochoco National Forest
Central Oregon Acquisition
Management Team (COAMT)
3160 NE 3rd Street
Pineville, Oregon

VIA FACSIMILE AND EXPRESS MAIL

# BROADCAST REPORT

TIME : 10/20/2006 14:36
NAME : BRUCKNER WALKER
FAX : 8585550813
TEL :
SER.# : BROA5J221688

| | |
|---|---|
| PAGE(S) | 02 |

| DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT |
|---|---|---|---|---|---|---|
| 10/20 | 14:23 | 12023070972 | 34 | 02 | OK | ECM DOJ |
| XXXXXX | XXXXX | 12023576406 | 00 | 00 | CANCEL | |

BUSY: BUSY/NO RESPONSE
NG : POOR LINE CONDITION
CV : COVERPAGE

TRANSMISSION VERIFICATION REPORT

TIME : 10/20/2005 14:14
NAME : BRUCKNER WALKER
FAX : 8585650813
TEL :
SER.# : BROA5J201688

| | |
|---|---|
| DATE,TIME | 10/20 14:13 |
| FAX NO./NAME | 15598553593 |
| DURATION | 00:00:48 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD<br>ECM |

# BRUCKNER & WALKER

## ATTORNEYS

William L. Bruckner, PE, DVBE
Charles F. Walker
Edward W. Freedman

4550 Kearny Villa Road, Suite 209
San Diego, California 92123

Telephone (858) 565-8300
Telefax (858) 565-0813
bill@brucknerwalker.com

October 20, 2006

Department of Justice
Commercial Litigation Branch
Civil Division
Attn: Classification Unit, 8th Floor
1100 L. Street, NW
Washington D.C. 20530

Clerk
United States Court of Federal Claims
717 Madison Place NW
Washington D.C. 20005

Contracting Officer
US Department of Agriculture
Deschutes National Forest
1001 SW Emkay Drive
Bend, Oregon 97702

Randolph Construction Services
P.O. Box 1009
Pasco, Washington 99301

Ochoco National Forest
Central Oregon Acquisition
Management Team (COAMT)
3160 NE 3rd Street
Pineville, Oregon

VIA FACSIMILE AND EXPRESS MAIL

TRANSMISSION VERIFICATION REPORT

TIME : 10/20/2006 14:16
NAME : BRUCKNER WALKER
FAX : 8585650813
TEL :
SER.# : BRCA5J201688

| | |
|---|---|
| DATE,TIME | 10/20 14:15 |
| FAX NO./NAME | 15414166661 |
| DURATION | 00:00:32 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD<br>ECM |

# BRUCKNER & WALKER

## ATTORNEYS

William L. Bruckner, PE, DVBE
Charles F. Walker
Edward W. Freedman

4550 Kearny Villa Road, Suite 209
San Diego, California 92123

Telephone (858) 565-8300
Telefax (858) 565-0813
bill@brucknerwalker.com

October 20, 2006

Department of Justice
Commercial Litigation Branch
Civil Division
Attn: Classification Unit, 8th Floor
1100 L. Street, NW
Washington D.C. 20530

Clerk
United States Court of Federal Claims
717 Madison Place NW
Washington D.C. 20005

Contracting Officer
US Department of Agriculture
Deschutes National Forest
1001 SW Emkay Drive
Bend, Oregon 97702

Randolph Construction Services
P.O. Box 1009
Pasco, Washington 99301

Ochoco National Forest
Central Oregon Acquisition
Management Team (COAMT)
3160 NE 3rd Street
Pineville, Oregon

VIA FACSIMILE AND EXPRESS MAIL

TRANSMISSION VERIFICATION REPORT

TIME : 10/20/2006 14:17
NAME : BRUCKNER WALKER
FAX : 8585650813
TEL :
SER.# : BROA5J281666

| | |
|---|---|
| DATE,TIME | 10/20 14:16 |
| FAX NO./NAME | 15413835544 |
| DURATION | 00:00:32 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD ECM |

# BRUCKNER & WALKER

## ATTORNEYS

William L. Bruckner, PE, DVBE
Charles F. Walker
Edward W. Freedman

4550 Kearny Villa Road, Suite 209
San Diego, California 92123

Telephone (858) 565-8300
Telefax (858) 565-0813
bill@brucknerwalker.com

October 20, 2006

Department of Justice
Commercial Litigation Branch
Civil Division
Attn: Classification Unit, 8th Floor
1100 L. Street, NW
Washington D.C. 20530

Clerk
United States Court of Federal Claims
717 Madison Place NW
Washington D.C. 20005

Contracting Officer
US Department of Agriculture
Deschutes National Forest
1001 SW Emkay Drive
Bend, Oregon 97702

Randolph Construction Services
P.O. Box 1009
Pasco, Washington 99301

Ochoco National Forest
Central Oregon Acquisition
Management Team (COAMT)
3160 NE 3rd Street
Pineville, Oregon

VIA FACSIMILE AND EXPRESS MAIL

TRANSMISSION VERIFICATION REPORT

TIME : 10/20/2006 14:18
NAME : BRUCKNER WALKER
FAX : 8585650813
TEL :
SER.# : BROA5J201688

| | |
|---|---|
| DATE,TIME | 10/20 14:17 |
| FAX NO./NAME | 15095478390 |
| DURATION | 00:00:32 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD ECM |

# BRUCKNER & WALKER

ATTORNEYS

William L. Bruckner, PE, DVBE
Charles F. Walker
Edward W. Freedman

4550 Kearny Villa Road, Suite 209
San Diego, California 92123

Telephone (858) 565-8300
Telefax (858) 565-0813
bill@brucknerwalker.com

October 20, 2006

Department of Justice
Commercial Litigation Branch
Civil Division
Attn: Classification Unit, 8th Floor
1100 L. Street, NW
Washington D.C. 20530

Clerk
United States Court of Federal Claims
717 Madison Place NW
Washington D.C. 20005

Contracting Officer
US Department of Agriculture
Deschutes National Forest
1001 SW Emkay Drive
Bend, Oregon 97702

Randolph Construction Services
P.O. Box 1009
Pasco, Washington 99301

Ochoco National Forest
Central Oregon Acquisition
Management Team (COAMT)
3160 NE 3rd Street
Pineville, Oregon

VIA FACSIMILE AND EXPRESS MAIL