# In the United States Court of Federal Claims

**06-733 C**

**Filed: 10/27/2006**

**AEROPLATE CORP.**

**v.**

**THE UNITED STATES**

**Document**: Declaration of Mary Williams in Support of Plaintiff's Complaint and Request for TRO and Preliminary Injunction.

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.