ORIGINAL

FILED
OCT 27 2006
U.S. COURT OF FEDERAL CLAIMS

taUNITED STATES COURT OF FEDERAL CLAIMS

AEROPLATE CORP.

Plaintiff,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, an agency of the UNITED STATES OF AMERICA,

Defendant.

USCFC CASE NO. 06-733 C

CORPORATE DISCLOSURE STATEMENT

(BID PROTEST)

Aeroplate Corp. has no parent corporation nor does any other corporation own 10% or more of Aeroplate Corp.'s stock.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: October 25, 2006.

Respectfully submitted,

Mary Williams

Mary Williams
CEO
Aeroplate Corp.