# In the United States Court of Federal Claims

No. 06-733 C

(Filed November 6, 2006)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * | |
| AEROPLATE CORP., | * |
| | * |
| *Plaintiff*, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant*. | * |
| * * * * * * * * * * * * * * * * * * * * * * | |

**SCHEDULING ORDER**

Aeroplate Corp. (Aeroplate) filed its post-award bid protest complaint on October 27, 2006. The court held a telephonic status conference with counsel for plaintiff and defendant on October 31, 2006. Participating with the undersigned in the October 31, 2006 teleconference were:

William L. Bruckner, attorney for plaintiff;
Kent Huntington, attorney for defendant;
Mark Garrett; attorney for the United States Department of Agriculture;
John Bean, law clerk.

Upon the court's inquiry as to recent developments in this case, defendant's counsel announced that on October 27, 2006 a stop-work order had been issued pertaining to the contract that is the subject of this protest, followed on October 31, 2006 by a termination for convenience of the awarded contract.

The court then asked plaintiff's counsel if this constituted a satisfactory result, and plaintiff stated some reservations concerning whether work on the contract had indeed been terminated. Agency counsel remarked that certain close-

up functions were permitted by the terms of the termination for convenience. The court ordered that copies of the stop-work order and termination of convenience be transmitted by facsimile to both plaintiff and chambers.

The court then inquired whether a brief motion to dismiss would be appropriate, and defendant's counsel suggested that a joint stipulation of dismissal, with prejudice, each party to bear its own costs, would be a simpler solution. Plaintiff's counsel stated that a joint stipulation of dismissal was not a problem. When the court asked when the joint stipulation would be filed, defendant's counsel suggested that it would be filed by Friday, November 3, 2006, at the latest.

The court received copies of the stop-work order and termination of convenience by facsimile on October 31, 2006. However, on November 3, 2006, chambers was notified by defendant's counsel that agreement had not been reached on a joint stipulation of dismissal.

In accordance with the foregoing, it is hereby **ORDERED** that counsel are directed to **FILE** a **Joint Status Report** on or before **November 9, 2006**, stating how the parties propose the expeditious resolution of this bid protest.

s/ Lynn J. Bush
LYNN J. BUSH
Judge