**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| **AEROPLATE CONSTR. CORP.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 06-733C** |
| **v.** | ) | **(Judge Bush)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Kent G. Huntington as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Kent G. Huntington
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

Dated: November 9, 2006

s/Kent G. Huntington
Kent G. Huntington
Trial Attorney
Commercial Litigation Branch
Civil Division
Tel. No.: (202) 353-9369
Fax. No.: (202) 353-7988

CERTIFICATE OF FILING

I hereby certify that on November 9, 2006, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kent G. Huntington