IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| AEROPLATE CONSTRUCTION CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-733C |
| v. | ) | (Judge Bush) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's November 6, 2006 order, the parties respectfully submit this joint status report regarding the parties efforts to mutually dismiss this bid protest. On or about October 31, 2006, plaintiff received a stop-work order dated October 27, 2006 and a termination for convenience document dated October 30, 2006. The termination for convenience was not addressed to any specific contractor. Plaintiff's counsel questioned the completeness of the termination for convenience in light of plaintiff's representations to plaintiff's counsel that it appeared that the work was still proceeding at the project site. Defendant's counsel stated that the termination for convenience had been issued by the contracting officer.

Defendant's counsel forwarded a stipulation for dismissal with prejudice, including a waiver of all attorney's fees and costs, on October 31, 2006. Plaintiff's counsel agreed to sign a stipulation for dismissal without prejudice, with no stipulation on attorney's fees and costs. If that was not acceptable to defendant, defendant's counsel was requested to file a motion to dismiss. Accordingly, defendant intends to file a motion to dismiss this litigation.

Dated: November 7, 2006

Respectfully Submitted,

/s William L. Bruckner

William L. Bruckner
BRUCKNER & WALKER
4550 Kearny Villa Road, Ste 209
San Diego, CA 92123
(858) 565-8300 Telephone
**Bill@BrucknerWalker.com**

Attorneys for
AEROPLATE Construction Corp.

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Kent G. Huntington
KENT G. HUNTINGTON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 353-9369
Facsimile: (202) 353-7988

OF COUNSEL:
MARK GARRETT
Department of Agriculture
Office of the General Counsel
1400 Independence Avenue, SW
Ronald Reagan Building
Room 3311-South
1300 Pennsylvania Ave., NW
Washington, DC 20250
Telephone: (202) 720-9183

November 9, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on November 9, 2006, a copy of foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kent G. Huntington