APPENDIX

## Appendix


| Item | Page(s) |
|---|---|
| Suspension Of Work, Contract AG-04GG-C-06-0043, dated October 27, 2006 | 1 |
| Termination for Convenience, Contract No. AG-04GG-C-06-0043, dated October 30, 2005 | 2 |

United States Department of Agriculture

Deschutes National Forest
1001 SW Emkay Dr.
Bend, OR 97702

Fremont-Winema NF
1301 South G Street
Lakeview, OR 97630

Ochoco National Forest
3160 NE 3rd Street
Prineville, OR 97754

File Code: 6520
Date: October 27, 2006

Randolph Construction Services
116 West Bonneville
Pasco, WA 99301

Dear Mr. Suemori:

Reference is made to FAR Clause 52.242-14, "Suspension of Work" for contract AG-04GG-C-06-0043 contract.

As the result of a pending Bid Protest, effective close of business 10/27/06, you are hereby directed to **SUSPEND WORK** on the following items:

> **All work** on the Lava Lands Visitor Center Remodel and Remodel project on the Deschutes National Forest.

Such SUSPENSION OF WORK shall include all activities associated with the work described, including administrative actions, procurement, physical work, submittals, subcontracts, and so forth. This suspension is effective immediately and is expected to last approximately 60 days, unless otherwise modified or until further direction is given to you.

Please coordinate this suspension with your subcontractors and take appropriate action to minimize costs during the stoppage.

Thank you for your cooperation. If you have further questions, please contact me at 541-383-5550.

Sincerely,

Jeanette Young
Contracting Specialist

Cc: Doug Seaman, COR



Caring for the Land and Serving People

Printed on Recycled Paper

NOTICE OF CONTRACT TERMINATION

(a) *Effective date of termination.* You are notified that Contract No. **AG-04GG-C-06-0043** is terminated **completely** for the Government's convenience under the clause entitled **Termination for Convenience of the Government (FAR 52.249-2).** The termination is effective **Tuesday October 31, 2006.**

(b) *Cessation of work and notification to immediate subcontractors.* You shall take the following steps:

(1) Stop all work, make no further shipments, and place no further orders relating to the contract, except for—

(i) The continued portion of the contract, if any;

(ii) Work-in-process or other materials that you may wish to retain for your own account; or

(iii) Work-in-process that the Contracting Officer authorizes you to continue (A) for safety precautions, (B) to clear or avoid damage to equipment, (C) to avoid immediate complete spoilage of work-in-process having a definite commercial value, or (D) to prevent any other undue loss to the Government. *(If you believe this authorization is necessary or advisable, immediately notify the Contracting Officer by telephone or personal conference and obtain instructions.)*

(2) Keep adequate records of your compliance with paragraph (b)(1) of this section showing the—

(i) Date you received the Notice of Termination;

(ii) Effective date of the termination; and

(iii) Extent of completion of performance on the effective date.

(3) Furnish notice of termination to each immediate subcontractor and supplier that will be affected by this termination. In the notice—

(i) Specify your Government contract number;

(ii) State whether the contract has been terminated completely or partially;

(iii) Provide instructions to stop all work, make no further shipments, place no further orders, and terminate all subcontracts under the contract, subject to the exceptions in paragraph (b)(1) of this section;

(iv) Provide instructions to submit any settlement proposal promptly; and

(v) Request that similar notices and instructions be given to its immediate subcontractors.

(4) Notify the Contracting Officer of all pending legal proceedings that are based on subcontracts or purchase orders under the contract, or in which a lien has been or may be placed against termination inventory to be reported to the Government. Also, promptly notify the Contracting Officer of any such proceedings that are filed after receipt of this Notice.

(5) Take any other action required by the Contracting Officer or under the Termination clause in the contract.

(c) *Termination inventory.* (1) As instructed by the Contracting Officer, transfer title and deliver to the Government all termination inventory of the following types or classes, including subcontractor termination inventory that you have the right to take: none

(2) To settle your proposal, it will be necessary to establish that all prime and subcontractor termination inventory has been properly accounted for. For detailed information, see Part 45.

(d) *Settlements with subcontractors.* You remain liable to your subcontractors and suppliers for proposals arising because of the termination of their subcontracts or orders. You are requested to settle these settlement proposals as promptly as possible. For purposes of reimbursement by the Government, settlements will be governed by the provisions of Part 49.

(e) *Completed end items.* (1) Notify the Contracting Officer of the number of items completed under the contract and still on hand and arrange for their delivery or other disposal (see 49.205).

(2) Invoice acceptable completed end items under the contract in the usual way and do not include them in the settlement proposal.

(f) *Patents.* If required by the contract, promptly forward the following to the Contracting Officer:

(1) Disclosure of all inventions, discoveries, and patent applications made in the performance of the contract.

(2) Instruments of license or assignment on all inventions, discoveries, and patent applications made in the performance of the contract.

(g) *Employees affected.* (1) If this termination, together with other outstanding terminations, will necessitate a significant reduction in your work force, you are urged to—

(i) Promptly inform the local State Employment Service of your reduction-in-force schedule in numbers and occupations, so that the Service can take timely action in assisting displaced workers;

(ii) Give affected employees maximum practical advance notice of the employment reduction and inform them of the facilities and services available to them through the local State Employment Service offices;

(iii) Advise affected employees to file applications with the State Employment Service to qualify for unemployment insurance, if necessary;

(iv) Inform officials of local unions having agreements with you of the impending reduction-in-force; and

(v) Inform the local Chamber of Commerce and other appropriate organizations which are prepared to offer practical assistance in finding employment for displaced workers of the impending reduction-in-force.

(2) If practicable, urge subcontractors to take similar actions to those described in paragraph (1) of this section.

(h) *Administrative.* The contract administration office named in the contract will identify the Contracting Officer who will be in charge of the settlement of this termination and who will, upon request, provide the necessary settlement forms. Matters not covered by this notice should be brought to the attention of the undersigned.

(i) Please acknowledge receipt of this notice as provided below.

[signature] 10/30/06
Jeanette A. Young, Contracting Officer

CENTRAL OREGON ACQUISITION AREA
1001 SW EMKAY DR.
BEND, OR 97702

ACKNOWLEDGMENT OF NOTICE

The undersigned acknowledges receipt of a signed copy of this notice on ____________, 2006. Two signed copies of this notice are returned.

______________________________
(Name of Contractor)

By ______________________________
(Name)

______________________________
(Title)

(End of notice)