UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AEROPLATE CORP.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA;<br>DEPARTMENT OF AGRICULTURE<br><br>Defendant. | ) | USCFC No. 06-733C<br><br>Judge Lynn J. Bush |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF TERMINATION AND MOTION TO DISMISS**

Plaintiff has no objection or opposition to Defendant's Motion to Dismiss without prejudice.

Dated: November 14, 2006

Respectfully Submitted,

s/William L. Bruckner
William L. Bruckner
BRUCKNER & WALKER
4550 Kearny Villa Road, Ste 209
San Diego, CA 92123
(858) 565-8300 Telephone
Bill@BrucknerWalker.com
Attorneys for Aeroplate Corp

CERTIFICATE OF SERVICE

I hearby certify under penalty of perjury that o this 14th day of November 2006, a copy of the forgoing "**PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF TERMINATION AND MOTION TO DISMISS"** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the courts system.

s/ Tiffany Adams