**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| **AEROPLATE CORP.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 06-733C** |
| **v.** | ) | **(Judge Bush)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE**
**TO OUR MOTION TO DISMISS**

Defendant, the United States, respectfully submits this reply to the response filed by plaintiff Aeroplate Corporation ("Aeroplate") to our motion to dismiss. As acknowledged by Aeroplate, this matter should be dismissed. Because the award decision protested by Aeroplate was voluntarily cancelled by the Government, this bid protest is now moot. Accordingly, as we established in our motion to dismiss, the Court should dismiss this litigation for lack of subject matter jurisdiction. Additionally, in the Court's dismissal order, the Court should order that this matter be dismissed with each party to bear its own attorney fees and costs. See Rice Services, Ltd. v. United States, 405 F.3d 1017, 1024-28 (Fed. Cir. 2005) (rejecting the "catalyst theory" and ruling that a plaintiff could not be a "prevailing party" where the Government voluntarily decided to undertake remedial action in a bid protest).

For the reasons established in our motion to dismiss and in this reply, we respectfully request that the Court dismiss the complaint for lack of subject matter jurisdiction. Additionally, we respectfully request that the Court order this matter dismissed with each party to bear its own attorney fees and costs.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Kent G. Huntington
KENT G. HUNTINGTON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 353-9369
Facsimile: (202) 353-7988

Attorneys for Defendant

OF COUNSEL:
MARK GARRETT
Department of Agriculture
Office of the General Counsel
1400 Independence Avenue, SW
Ronald Reagan Building
Room 3311-South
1300 Pennsylvania Ave., NW
Washington, DC 20250
Telephone: (202) 720-9183

November 30, 2006

CERTIFICATE OF FILING

I hereby certify that on November 30, 2006, a copy of foregoing “DEFENDANT'S REPLY TO PLAINTIFF’S RESPONSE TO OUR MOTION TO DISMISS” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kent G. Huntington