# In the United States Court of Federal Claims

**No. 06-733 C**

**AEROPLATE CORP.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed December 18, 2006, granting Defendant's Motion to Dismiss of November 9, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, without prejudice. No costs.

Brian Bishop
Clerk of Court

**December 18, 2006** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.